# SUMMONS - CIVIL

JD-CV-1 Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| | |
|---|---|
| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov  |

**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [X] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO:** Any proper officer

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

Address of court clerk (Number, street, town and zip code): ~~161 Lafayette St. Hartford, Ct-06106~~ 95 WASHINGTON ST, HARTFORD CT
Telephone number of clerk: (860) 548-2700
Return Date (Must be a Tuesday): 11/19/24

[X] Judicial District    G.A. 14    At (City/Town): Hartford, Ct
[ ] Housing Session    [ ] Number:
Case type code: Major: T  Minor: 90

**For the plaintiff(s) enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented: William Rousseau - 407 Elmwood Dr.-Windsor Lock, Ct
Juris number: 
Telephone number: (860) 305-1641
Signature: William C. Rousseau

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. [X] Yes [ ] No
E-mail address: wr2001@aol.com

| Parties | Name (Last, First, Middle Initial) and address of each party | |
|---|---|---|
| First plaintiff | Name: Rousseau, William C.<br>Address: 407 Elmwood Dr.-Windsor Locks, Ct.-06096 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Lampson, Jeffrey   Detective Lampson, Jeffrey<br>Address: 4 Volunteer Dr.-Windsor Locks, Ct-06096 | D-01 |
| Additional defendant | Name: Resto Hieberto   Detective Resto Hieberto<br>Address: 4 Volunteer Dr.-Windsor Locks, Ct-06096 | D-02 |
| Additional defendant | Name: Osanitsch, Eric   Chief of Police Osanitsch, Eric<br>Address: 4 Volunteer Dr.-Windsor Locks, Ct-06096 | D-03 |
| Additional defendant | Name: Town of Windsor Locks<br>Address: 50 Church St. Windsor Locks, Ct-06096 | D-04 |

Total number of plaintiffs: 1   Total number of defendants: 9   [X] Form JD-CV-2 attached for additional parties

## Notice to each defendant

1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an Appearance (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an Appearance on time, a default judgment may be entered against you. You can get an Appearance form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

| Date | Signed (Sign and select proper box) | | Name of person signing |
|---|---|---|---|
| 10/29/24 | E. Klawitter | [X] Assistant Clerk | E. Klawitter, AC |

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

I certify I have read and understand the above:   Signature: William Rousseau   Date: 10/29/24

**CIVIL SUMMONS**
**CONTINUATION OF PARTIES**
JD-CV-2  Rev. 9-12

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

First named Plaintiff (Last, First, Middle Initial)
Rousseau, William C.

First named Defendant (Last, First, Middle Initial)

## Additional Plaintiffs

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
|  |  | 03 |
|  |  | 04 |
|  |  | 05 |
|  |  | 06 |
|  |  | 07 |
|  |  | 08 |
|  |  | 09 |
|  |  | 10 |
|  |  | 11 |
|  |  | 12 |
|  |  | 13 |

## Additional Defendants

| Name (Last, First, Middle Initial, if individual) | Address (Number, Street, Town and Zip Code) | CODE |
|---|---|---|
| Gustafson, James-4 Volunteer Dr. Windsor Locks, Ct-06096 | Sergeant Gustafson, James | 05 |
| Garafolo, Sebastion-4 Volunteer Dr. Windsor Locks, Ct-06096 | Sergeant Garafolo, Sebastion | 06 |
| Smith, Clifford-4 Volunteer Dr. Windsor Locks, Ct-06096 | Deputy Chief Smith, Clifford | 07 |
| Cherniak, Paul-4 Volunteer Dr. Windsor Locks, Ct-06096 | Lieutenant Cherniak, Paul | 08 |
| Harrington, Paul- 338-Main St. Winsted, Ct-06098 | 1st Selectman Harrington, Paul | 09 |
|  |  | 10 |
|  |  | 11 |

FOR COURT USE ONLY - File Date

12

13

14  Docket number

CIVIL SUMMONS-Continuation

[ Print Form ]   [ Reset Form ]

| | |
|---|---|
| Return Date: 1/19/24 | Superior Court |
| Plaintiff - William C. Rousseau<br>*William C. Rousseau*<br>407 ELMWOOD DR<br>WINDSOR LOCKS, CT - 860-305-1641 | Judicial District of Hartford<br><br>at--County of Hartford------------------- |
| Defendants | Date 10/29/24 |

VS

### As Individual and Official Capacity
Det Jeffrey Lampson,
Det Heriberto Resto
1st Selectman Paul Harrington
,Chief Eric Osanitsch,
Deputy Chief Smiths.
Lieutenant
Paul Cherniak,
Sgt Sebastian Garofalo.
Officer Hugh's. Town of Windsor Locks, CT
Town Of Windsor Locks

_____
Defendants

> **Wherefor, the Plaintiff Claims:**

!.

Case 23-15889

On 11/10/23 I was awakened from a sleep by persons outside my home knocking om my doors yelling Police. I opened my front door and was greeted by 3 or 4 Windsor Locks Police Officers that were pushing their way into my home stating that they had a Risk Protection Warrant and that they were at my home to seize my firearms that were identified in the Warrant.

We stood in the doorway of my home with the door opened to the cold weather with an Officer Commanding me to move to my living room. I told these Officers that I wished to close my door as the heat was on. Lampson became more aggressive and asked" do I need to escort you to your living room." All I wanted to do is have the Officers enter my home so that I could close my front door!! To the aggression of Detective Lampson, I responded if you'd like to try. I believed that Lampson was trying to provoke me so that he could arrest me.

While still standing in the doorway of my home with the door open, I was asked if I could secure my 4 dogs. I responded that I would. However, I was advised that I couldn't move and was not allowed to secure my dogs. I immediately stated, you are at risk if you don't allow me to secure my dogs. To which, I heard No, your dogs are at Risk. I believe that any reasonable Officer would have cleared a room and would have allowed me to secure my dogs for their protection. I could not understand the refusal to not let me secure my dogs????!!!! I believed that it was extremely negligent and with total disregard for the Officers Safety. Completely unconscionable!!

We then moved to my living room where I reached for my cell phone with Lampson following me. Lampson ripped my cell phone from my hands causing immediate pain and injury to my hands which are very arthritic. I stated to Lampson that I wanted to record the Police Presence while they were in my home and gather independent evidence outside of what would be recorded on their Body Cams. Lampson responded; Oh, I know that you like to record things but this is only a Risk Warrant. He seized my phone and refused to give it back. Lampson, at this point, denied me my Right to Freedom of Speech and Expression and also denied me my Right to consult

with an attorney. By denying me my cell phone I perceived and believed that Lampson wanted to provoke me so that he could take me into custody

The Risk Protection Warrant and My Arrest on 11/15/23 were nothing but vindictive retaliation against me Under the Color of Law for my Public opposition of School Resource Officers to be assigned to all Windsor Locks Schools. Opposing the absorb tent cost and the complete mismatch of scheduling. School 36 Weeks. Board of Ed to pay 52-week salaries for the SRO's

We then moved toward my couch where Lampson ordered me to be seated. Due to my arthritic body I chose to stand. Officer Hughes was stationed directly in front of me and behind Lampson, it was Hugh's duty to make sure that I didn't move from where I was positioned. Lampson, being very demeaning and sarcastic then puts his hands on me and pushed me down on my sofa causing immediate pain and injury.

Note, both times that Lampson assaulted me I refused to say that I was injured. I suffered thru the pain and hoped that it was just momentary. A day or so later I went to a Walk in Medical Center and documented my injuries.

Knowing that these Officers were going to Toss my home to find my firearms and me knowing where they were secured, **I offered to show them where my firearms were stored in my master bedroom. My offer, to show them was ignored and Lampson and Resto proceeded to my bedroom where they began to prowl and**

disrupt where things were stored in my bedroom. Spending time, prowling through my wife's dresser and personal belongings!

I then noticed an Officer that I had worked with, Segreant Garofalo. I yelled to him. and said, Sebby my firearm were in a wooden box under my bed and that there may be 2 in the drawers of my dresser. **I asked him to immediately direct Lampson and Resto to these areas in order to stop the invasion of our privacy.**

When my H& K was recovered, I heard one of the Officer states" that I don't know how to secure it and the safety is showing red." Some weapons are capable of discharging a round even when the magazine id not in it. Both Hugh's and I were seated directly behind the wall in my bedroom, I immediately became highly concerned that my life and that of Officer Hughs were in great danger for the loss of our life!! And/or grave bodily injury. My dogs were loose, due to Lampson extreme indifference negligence to not allow me to secure my dogs!!!!Aila my Schauazer jumping around on the bed very near the officer that was handling my handgun with the Red Indicator showing. **Failure** to have a certified **Firearms Officer** to secure my H&K constituted Reckless Endangerment. The alternative and a highly reasonable option would have been to remove this firearm form my home and then attempting to secure it.

When I believed that Officers had seized my firearms and ammunition. I asked., Have you seized the items identified in the warrant to which the response was yes. I then

asked them to leave my home to which they refused to comply with my lawful request and contined to invade my home and privacy

This request cannot be seen or heard on any Officers Body Cams. I believe that the videos have been deliberately and willfully edited to conceal key evidence. I have under FOI requested to know who compiled these Body Cam Viideos as they do not accurately represent the actual events on 11/10/23 . This request was made to Chief Osanitsch.

Lampson and Resto ignoring my request to stop invading my privacy then went into my basement to continue their search I heard derogatory remarks being made about the condition of my basement. Something to the effect that my basement was in better shape now than before they entered! My wife and I are in our 70ties and significantly troubled by arthritis and other illnesses!

**<u>Resto and Lapson were advised that there was a loaded magazine and perhaps more rounds in my basement and again I volunteered to show them but my assistance was declined.</u> Because I was not given a copy of Inventory Seized before they left could not determine if they had seized these items.** The following morning, I checked, fearing that Lampson may be trying to set me up for not complying with the Risk Warrant. I recovered the loaded .380 magazine and some .38 rounds and immediately took them to my son 's house.

**<u>R</u>estio <u>and Lampson exceed the authority that was granted under the Risk Protection Warrant and seized personal property without just cause. By seizing</u>**

## these items, I was denied my right and privilege to possess them and use specific items seized without a valid warrant

Case -23-15889

Events leading to my arrest. I was running for a Position of Police Commissioner and had conversations with Selectmen Storms on Hardening our Schools further to protect our students, I had also had a conversation with Mark Whitten about deploying drones over our school.

I spoke with 1st Selectman Harrington. Regarding the safety of our schools and how it was the publics expectation that the assignment of police officers to our school was the end all be all. During our conversation. I told Selectmen Harrington that our schools were not as safe as the Public believed I may have cited our North St SRO DiBella whom I had been told is outside when the school children arrive.

In a 3rd person tone I said to our Selectman in confidentiality to tell him my concerns. Paul, do you know that someone could walk up to DiBella, sho0t him in the head and then start shooting our school children. I expressed, that someone that really wanted to hurt our school children could sit and shoot our Officer and then start shooting our school children. I also expressed a concern on what I considered a weakness in gaining access to our school and that was delivery of food and supplies.  School Recess that occurs outdoors was also a great concern! I was very curious and concerned about whether our SRO's covered these entrances while supplies were being delivered. My statements, to Paul, were of concern about the Security of our Schools and to enlighten him to the realities of today's world. Nothing more!!!!

**There was never a personal threat intended and no planned action on my part. I just wanted to awake our Selectman on my concerns.** I did take a picture of our high school football teams and stated to Paul that someone could conceal themselves in the woods very near where they were practicing and begin shooting. This was designed to give him pause to think. The following day I made a FB Post of the picture that I had taken on Nov 7 along with the caption, do we need an SRO This is just an example of how unsecure our schools are. Again, this was just to awaken folks to the endless possibilities of harm being done to our students!!!! Also have a granddaughter that attends North St School but have no say in how our schools are secured and our children protected so I needed for Paul to know because he and the Chief of Police meet often or discuss things over the phone

Selectman Harrington obviously had a conversation about my concerns and Selectman Harrington apparently expressed some concerns about the photo that I posted along with my statement concerning SROs

I don't believe that Selectmen Harrington made a formal complaint because I have seen no evidence of one as I have not been provided with a statement from Harrington

Chief Osanitsch then ran with the ball, in a retaliatory manner and sent Lampson and Resto to verbally get Harringtons thoughts. Thus, the Arrest Warrant for Threatening 2nd and Breach of Peace 2nd. There was never no intent of action on my part I was speaking as a concerned citizen and a Retired Police Officer. **I WAS NEVER INTERVIEWED BY LAMPSON OR RESTO TO CLARIFY ANY QUESTIONS THAT THEY MAY HAVE HAD.**

On 11/13/23 Lamp-son and Resto went to a Magistrate in W. Hartford and managed to get an Arrest Warrant signed, **The Jurisdiction for Windsor Locks is GA-14 in Hartford.**

ON 11/4/23 Chief Eric Osanitsch prepared a press release for me touting that he will do everything necessary to protect our children. I don't know if my arrest warrant was entered NCIC so that I could be arrested while out of my home and try to Publicly Embarrass me with an Arrest.

Having some sort of premonition, I sent an email to Chief Osanistch telling him that if there were to be any further police action to be taken against me that I would turn myself in with an hour of being notified

On 11/15/23 I as notified of an arrest warrant. Late enough that it was near impossible to raise bond monies if needed. I surrendered on the warrant to Officer Boyle who never provided me with a copy of the warrant and never consummated the arrest with a physical touching to effect the arrest. While I was in custody Officers gathered in the Dispatch Area to watch me being processed. As if I was the entertainment of the day.

Immediately upon my release on 11/15, Chief Osanitschs personal press release was posted on Facebook its still there today on the Windsor Locks Police FB page. Almost one year later. WHY? I am personally offended by this fact and state that it constitutes Polltical Persecution. I have requested that the post of my arrest be removed on more than one occasion!! I asl, how can the motto, Innocent until Proven Guilty Stand when an innocent man remains persecuted without a trial to determine his guilt or innocence

I believe that the, **Immediate posting**, of my arrest constituted the use of law enforcement authority to abuse me. William Rousseau, as the standard method of press releases in to post them the following day! I believe that Chief Osanitsch has an ulterior motive for wanting to retaliate against Me.

I have requested under FOI to know the identity of the Administrator of the WLPD FB Page. I have received no response.

Persons were allowed to Publicly attack me on the WLPD FB Page. Many of the attacked were from a group called Friends of The Windsor Locks Police.

Also to be noted, there were many words exchanged on FB in one of my groups between myself and Stacy Gus (Gustafson) Sgt James Gustafson's wife of relative. I have been posting on FB I believe about 20 years or more and have approximately 40 videos posted on YouTube about public affairs in Windsor Locks. I believe that my posts on FB and YouTube are a protected Right under The Constitution of the United States

I have been a Public Commentator for I believe over 14 years and my posts have upset and perhaps angered many people when I am seeking Truth, Honesty, Transparency and Accountability

**Therefor the plaintiff claims**

On 11/10/23 Officers of the Windsor Locks Police Department violated my Rights and Ct Statute in the following manner:

1. Failure to present and give William Rousseau a Copy of The Risk Protection Warrant prior to searching my home

2. 2.Deny William Rousseau his Right to freedom of Speech and Expression by denying him access to his cell phone when it was his express intent to video record the Officers presence in his home and to gather his own individual evidence. In addition, He wished to call his Attorney.

3. 3.Failure to provide William Rousseau with a copy of *Property/* Seized *PRIOR to leaving* his residence

4. 4.Exceeding the authority authorized in the warrant. Seizing and confiscating Personal Property denying him the benefit of holding this property and use thereof

5. 5.Invasion of Privacy

6. 6.Reckless *Endangerment in handing* Rousseau's firearms

7. Reckless Endangerment by not allowing him to secure his dog

8. Causing extreme emotional distress on Rousseau his wife and family

9. False Arrest 11/15/23

10. Damage to Rousseaus 'Public Image/Reputation

THE PAINTIFF.

BY _William E. Rousseau_

---

RETURN DATE--------- ------------     SUPERIOR COURT

PLAINTIFF—William --- -------------------------     JUDICIAL DISTRICT OF-------------------------

                                                    COUNTY OF HARTFORD

------------ VS

at   HARTFORD

DFENDENT;

Det Jeffrey Lampson,--------Lampson,Jeffrey
Det Heriberto Resto----------Resto,Hieberto
,Chief Eric Osanitsch,-------Osanitsch,Eric
Deputy Chief Smiths———------Smith,Clifford
Lieutenant Cherniak, ----  -Cherniak, Paul
Sgt Sebastian Garofalo.----Garafolo,Sebastian
Officer Hugh's. Town of Windsor Locks, CT-- ----Hughs
Town Of Windsor Locks
1st Selectman Paul Harrington

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is $15,000 or more exclusive of interest and costs

THE PLAINTIFF

-BY *William C. Rousseau*

407 ELMWOOD DR
WINDSOR LOCK, CT-06096
860-305-1641
WR2001@AOL.COM