** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED                  REMOTE CSID    DURATION   PAGES   STATUS
December 10, 2025 at 12:12:15 PM EST    Staples        49         1       Received

12/10/2025  5:11 PM  FROM: Staples                    TO: +18602403211        P.  1

Case Update
3:24-cv-01848-OAW

I William Rousseau appeared in Court on 11/28/25 to have a Hearing on my AR request.

The Hearing Judge took the day off much to my dismay.

My AR request had been rescheduled until January 20, 26 at which time, I am anticipating that I way be granted AR with a 14 month AR...

My case has been ongoing for over 2 years now and I would have thought that that should have satisfied any Ar requirement.

So far, I have been able to acces PACE but continue to be unsuccessful in accessing CM -ECF.
Try as I may!!!

I wish to proceed my my Civil Case before the good Lord calls me home

*William Rousseau* (signature)

William Rousseau